IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                Civil No. 10-cv-1022-DRH-DGW

NINA J. PEARCE;

    Defendant.

## **ORDER**

It appearing to the Court that the property that was the subject of this foreclosure proceeding has been sold and the sale proceeds have been remitted to the United States, and that the foreclosure proceedings are now moot.

WHEREFORE, it is ordered that the foreclosure proceedings be, and the same are, hereby dismissed as moot. The Court will close the file.

DATED:     April 7, 2011                       David R. Herndon
                                                                             2011.04.07
                                                                             22:48:15 -05'00'

                                                                     Chief Judge
                                                                     United States District Judge